UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALLIER WILLIAM TOMPKINS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KAREN GEDNEY *et al.*,<br><br>　　　　　Defendants. | Case No.: 3:16-CV-00692-RCJ-CBC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 26) |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla Baldwin Carry (ECF No. 26[1]) entered on July 17, 2019, recommending that the Court deny Plaintiff's Motion for Preliminary Injunction or TRO (ECF No. 10). No objection to the Report and Recommendation has been filled.

This action was referred to Magistrate Judge Carry under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

IT IS HEREBY ORDERED that Magistrate Judge Carry's Report and Recommendation (ECF No. 26) entered on July 17, 2019, is ADOPTED and ACCEPTED.

---

[1] Refers to Court's docket number.

IT IS FURTHER ORDERED that the Plaintiff's Motion for Preliminary Injunction or TRO (ECF No. 10) is DENIED.

IT IS SO ORDERED.

Dated this 1st day of August, 2019.

_____
ROBERT C. JONES
Senior District Judge