## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| VALLIER TOMPKINS, | ) | 3:16-CV-0692-RCJ-CLB |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 7, 2020 |
| KAREN GEDNEY, et al., | ) | |
| Defendants. | ) | |

**PRESENT:**  THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**  LISA MANN          **REPORTER:** NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for enlargement of time (ECF No. 67) is **GRANTED in part**. Plaintiff shall have to and including **July 6, 2020** to file an opposition to defendants' motion for summary judgment.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:           /s/
    Deputy Clerk