UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALLIER WILLIAM TOMPKINS,<br><br>             Plaintiff,<br><br>vs.<br><br>KAREN GEDNEY, *et al.*,<br><br>             Defendants. | Case No.: 3:16-CV-00692-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 80) |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 80[1]) entered on August 13, 2020, recommending that the Court dismiss the action with prejudice. No objection to the Report and Recommendation has been filed.

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---
[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 80) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS FURTHER ORDERED** that Tompkins's motion to compel discovery responses (ECF No. 59) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 61) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Tompkins's motion to strike portions of Defendants' motion for summary judgment (ECF No. 69) is **DENIED** as moot.

**IT IS  FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

Dated this 21st day of September, 2020.

_____
ROBERT C. JONES
United States District Judge